UNITED STATES BANKRUPTCY COURT

Northern District of California

In re: IMP, Inc.
94-2722142

Case No. 03-55665-mm
Chapter 11

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 23,417,000.00 | Gross Sales | 4/01 - 3/02 |
| 14,210,000.00 | Gross Sales | 4/02 - 3/03 |
| 2,000,000.00 | Gross Sales | 4/03 - 8/03 (YTD) |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than **$600** to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached listing | See attached listing | See attached | |

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| CHECK WRITTEN TO | DATE | AMOUNT | CHECK # | REMARKS |
|---|---|---|---|---|
| MILPITAS ION IMPLANT | March 31, 2003 | $8,500.00 | 566 | ADAVANCE FOR PUMP |
| A/C OPENING -SI VALLEY | April 2, 2003 | $2,000.00 | 583 | DEPOSIT IN SI VALLEY |
| ELAN APTS | April 4, 2003 | $6,428.00 | 616 | RENT FOR APRIL |
| OBBB COD | April 7, 2003 | $2,500.00 | 617 | REPLACEMENT FOR CHECK 565 |
| KAUTILYA | April 8, 2003 | $6,000.00 | 635 | LOAN REPAYMENT |
| AIR CLEAN TECHNOLOGIES | April 8, 2003 | $1,523.00 | 645 | |
| DALLAS SHEET METAL | April 8, 2003 | $958.76 | 646 | RE. CHECK 1298 |
| ATC MECHANICAL | April 8, 2003 | $1,000.00 | 647 | JEORGE RAVIZER PO 57352 |
| DANG | April 8, 2003 | $2,500.00 | 649 | CASH WITHDRAWL |
| MICRO IMAGING CONSULTANT | April 9, 2003 | $2,250.00 | 650 | |
| SUBBA-CAPITOL ONE | April 9, 2003 | $601.22 | 651 | |
| DANG | April 9, 2003 | $1,000.00 | 653 | CASH WITHDRAWL |
| CIERRACOM SYSTEMS | April 10, 2003 | $1,029.64 | 655 | |
| ALMEDA CHECMICAL | April 11, 2003 | $4,774.23 | 656 | PO 57349 |
| MICRO IMAGING CONSULTANT | April 11, 2003 | $1,100.00 | 657 | |
| FMH | April 11, 2003 | $2,000.00 | 658 | PO 57227 |
| CINTAS | April 11, 2003 | $1,009.45 | 659 | PAST DUE |
| IONICS ULTRA PURE WATER CORP | April 11, 2003 | $3,821.58 | 660 | |
| DANG | April 11, 2003 | $6,200.00 | 661 | CASH FOR DWARKA |
| QBBS | April 11, 2003 | $2,000.00 | 662 | COD |
| MILPITAS ION IMPLANT | April 11, 2003 | $2,000.00 | 669 | PART OF INV: 3001 |
| SUBBA CREDIT CARD | April 14, 2003 | $9,000.00 | 672 | DEPOSITED CASH |
| FRANCHISE TAX BOARD YR 2002 | April 14, 2003 | $1,600.00 | 673 | |
| PG & E | April 15, 2003 | $9,750.00 | 674 | ELAN APTS; BILLS PAST DUE |
| PG & E | April 16, 2003 | $9,000.00 | 676 | PAST DUE |
| FRANCHISE TAX BOARD | April 16, 2003 | $863.26 | 677 | GARY COLE |
| PG & E | April 17, 2003 | $5,000.00 | 678 | PAST DUE |
| MILPITAS ION IMPLANT | April 17, 2003 | $2,500.00 | 669 | INV: 3020 |
| PG & E | April 18, 2003 | $2,500.00 | 678 | PAST DUE |
| PG & E | April 21, 2003 | $2,500.00 | 678 | PAST DUE |
| CASHIERS CHECK | April 22, 2003 | $15,000.00 | 664 | SPEC EQUIPMENT |
| PETTY CASH | April 24, 2003 | $3,500.00 | 687 | PAY TO BATRA |
| PG & E | April 24, 2003 | $3,000.00 | 688 | A/C : 04601169875 |
| KAUTILYA | April 25, 2003 | $1,000.00 | 689 | 500-PSL;500-OFFICE EXPENSES |
| CITY OF SAN JOSE | April 25, 2003 | $5,008.00 | 690 | |
| FAR C ING ENTERPRISES | April 25, 2003 | $1,008.00 | 691 | |
| PG & E | April 25, 2003 | $2,500.00 | 692 | |
| SOOCHOOKEE | April 25, 2003 | $2,008.00 | 693 | |
| VENSHEN | May 5, 2003 | $4,389.98 | 695 | |
| CITY OF SAN JOSE | May 8, 2003 | $5,000.00 | 696 | A/C: 013479; PAST DUE |
| SBC TELEPHONE | May 8, 2003 | $2,263.25 | 697 | |
| PG & E | May 8, 2003 | $10,000.00 | 698 | A/C: 04601169875 PAST DUE |
| ATC MECHANICAL | May 13, 2003 | $1,500.00 | 699 | PAST DUE |
| PG & E | May 12, 2003 | $10,000.00 | 700 | |
| BRISTOL COMMON APTS | May 14, 2003 | $1,708.00 | 746 | |
| 3 S INTERNATIONAL | May 14, 2003 | $2,949.00 | 748 | |
| ELAN APTS | May 14, 2003 | $6,728.00 | 749 | |
| AIT INTL. | May 14, 2003 | $40,008.00 | 751 | |
| DANA NYUGEN | May 14, 2003 | $1,000.00 | 752 | |
| CITY OF SAN JOSE | May 14, 2003 | $5,008.00 | 753 | |
| P G & E | May 14, 2003 | $10,000.00 | 754 | PAST DUE |
| CAPITAL ONE | May 14, 2003 | $548.00 | 761 | VISA ACCOUNT 4115072291037938 |
| ELAN APARTMENTS | May 15, 2003 | $1,508.00 | 766 | RENT FOR MAY |
| PG & E | May 15, 2003 | $10,000.00 | 768 | AC # 04601169875 |
| DANA NYUGEN | May 15, 2003 | $1,350.00 | 769 | CASH WITHDRAWAL |
| CITY OF SAN JOSE | May 16, 2003 | $5,000.00 | 771 | ACCNT # 013479 |
| CITY OF SAN JOSE | May 16, 2003 | $5,000.00 | 772 | ACCNT # 013479 |
| RYAN HENCO | May 16, 2003 | $934.23 | 773 | |
| NNR CARGO | May 22, 2003 | $18,410.77 | 774 | SC15670005 |
| 3S INTERNATIONAL TRAVEL | May 23, 2003 | $4,681.00 | 775 | |
| PG & E | May 23, 2003 | $75,000.00 | | ACNT # 2971123970-8 -$37500<br>ACNT # 0460116987-5 -$37500 |
| CAPITAL ONE | May 20, 2003 | $754.50 | 777 | SUBBA |
| PG & E | May 22, 2003 | $5,008.00 | 780 | CASHIERS CHECK |
| 3S INTERNATIONAL TRAVEL | May 22, 2003 | $3,164.80 | 783 | |
| DANA NYUGEN | May 22, 2003 | $1,000.00 | 784 | PETTY CASH |
| NN ELECTRIC | May 22, 2003 | $2,908.00 | 786 | CASHIERS CHECK |
| CITY OF SAN JOSE | May 22, 2003 | $10,008.00 | 793 | CASHIERS CHECK |
| DANA NYUGEN | May 22, 2003 | $995.22 | 784 | PAYMENT TO ROY CHETTY CAR PREMIUM MAY JUNE |
| DANA NYUGEN | May 27, 2003 | $1,500.00 | 796 | PAYMENT TO TARSAIM BATRA |
| GILBERT TECHNICAL SERVICES | May 27, 2003 | $475.00 | 797 | INVOICE 20587 |

ATTACHMENT # (1)

Case: 03-55665   Doc# 26   Filed: 09/17/03   Entered: 09/23/03 11:08:23   Page 2 of 12

| Payee | Date | Amount | Check# | Memo |
|---|---|---|---|---|
| KANNAN MURALIDHAR | May 31, 2003 | $8,500.00 | 803 | FOR DEPOSIT IN BOW |
| BRISTOL COMMON APTS | June 3, 2003 | $1,700.00 | 804 | APT 424 RENT |
| ELAN APTS | June 5, 2003 | $5,228.00 | 806 | RENT CASHIERS CHECK |
| CITY OF SAN JOSE | June 5, 2003 | $5,008.00 | 807 | CASHIERS CHECK |
| TANG & YHAN | June 6, 2003 | $800.00 | 811 | ATTORNEY FEES |
| MOIZ | June 6, 2003 | $12,000.00 | 813 | PETTY CASH TO SHIN |
| CREDENCE | June 9, 2003 | $2,500.00 | 814 | PAST DUE |
| MIN TAN | June 9, 2003 | $500.00 | 815 | PETTY CASH |
| CASHIERS CHECK | June 23, 2003 | $10,008.00 | 819 | |
| SECRETARY OF STATE DELAWARE | June 24, 2003 | $2,188.90 | 829 | |
| IRS | June 25, 2003 | $207,205.00 | 857 | FEDERAL TAXES |
| STATE FARM INSURANCE | June 25, 2003 | $26,904.86 | 858 | FEB-MAY 03 |
| SILICON VALLEY | June 26, 2003 | $10,008.00 | 866 | RETURN FEES |
| STATE FARM INSURANCE | June 26, 2003 | $10,768.18 | 867 | CASHIERS CHECK |
| REDDY | June 26, 2003 | $25,008.00 | 869 | |
| IMP INC | June 26, 2003 | $150,008.00 | 870 | |
| BATRA | June 27, 2003 | $3,000.00 | 872 | PETTY CASH |
| FAIRBANKS CAPITOL CORP | June 27, 2003 | $6,435.59 | 919 | A/C SUBBA |
| FAIRBANKS CAPITOL CORP | June 27, 2003 | $6,435.59 | 920 | A/C SUBBA |
| CITY OF SAN JOSE | June 27, 2003 | $4,000.00 | 923 | SERVER |
| ALL STAR TRAVEL | June 27, 2003 | $1,573.00 | 925 | |
| SBC TELEPHONE | July 10, 2003 | $1,079.85 | | |
| CREDIT ADJUSTMENT BEUREAU | July 11, 2003 | $1,800.00 | 931-936 | JULY-DEC'03 |
| BLUE CROSS INSURANCE | July 11, 2003 | $19,704.81 | 938 | |
| ELAN APTS | July 11, 2003 | $1,783.00 | 940 | |
| SVLG | July 16, 2003 | $5,000.00 | 943 | ATTORNEY FEES |
| NIRABE RUGINESS | July 16, 2003 | $2,500.00 | 944 | |
| PETTY CASH | July 16, 2003 | $1,700.00 | 946 | WIRE TRANSFER TO RAVI |
| NNR CARGO | July 17, 2003 | $3,228.00 | 947 | SHIPMENT COSTS |
| NNR CARGO | July 17, 2003 | $4,255.00 | 953 | |
| NASDAQ | July 24, 2003 | $5,000.00 | 957 | MKT INSURANCE HEARING FEE |
| RAJA PINNAMENAINI | August 6, 2003 | $5,000.00 | 1001 | CASH FOR SVLG |
| ELAN APTS | August 6, 2003 | $1,783.00 | 1003 | |
| MICRO IMAGING CONSULTANT | August 6, 2003 | $1,000.00 | 1004 | |
| 3 S INTERNATIONAL | August 9, 2003 | $1,500.00 | 1005 | TICKET FOR SHRIKANT GAIKWAD |
| MANSION GROVE APTS | August 11, 2003 | $3,829.00 | 1007 | RENT & DEPOSTI |
| JEROME | August 13, 2003 | $1,500.00 | 1008 | PETTY CASH FOR DINNER |
| EDD | August 21, 2003 | $21,616.82 | 1009 | TAXES QUARTER ENDING 3/31/03 |
| EDD | August 21, 2003 | $19,457.87 | 1010 | TAXES QUARTER ENDING 6/30/03 |
| EDD | August 21, 2003 | $10,000.00 | 1011 | TAXES FPR PREVIOUS YRS |
| U.S FIETER | August 13, 2003 | $825.00 | 1012 | D.I WATER SHIPMENT COST JV |
| ELAN APTS | August 18, 2003 | $6,578.00 | 1070 | CASHIERS CHECK |
| WAFER RECLAIM SERVICES | August 19, 2003 | $2,429.03 | 1074 | PAST DUE |
| 3 S INTERNATIONAL | August 20, 2003 | $1,585.00 | 1078 | SUBBA'S TICKET |
| CITY OF SAN JOSE | August 20, 2003 | $5,010.00 | 1080 | WATER BILL |
| MILPITAS ION IMPLANT | August 20, 2003 | $5,000.00 | 1081 | JV EQUIPMENT INSTALLATION |
| WASTE MANAGEMENT | August 20, 2003 | $1,818.94 | 1082 | GARBAGE BILL |
| MOIZ | August 21, 2003 | $10,000.00 | 1084 | LOAN REPAYMENT |
| AAA FIRE PROTECTION | August 21, 2003 | $560.00 | 1087 | JV DISASSEMBLING FIRE ALARMS |
| GAIKWAD | August 21, 2003 | $3,000.00 | 1088 | CASH |
| MADHU NALLU | August 22, 2003 | $6,000.00 | 1090 | PETTY CASH |
| PACKAGING CONNECTIONS | August 22, 2003 | $15,000.00 | 1093 | INV:201854 |
| COUNTY OF SUHUDUR | August 25, 2003 | $25,010.00 | 1095 | PROPRTY TAX |
| SVLG | August 25, 2003 | $10,010.00 | 1096 | ATTORNEY FEES |
| DAVID MAST | August 29, 2003 | $1,000.00 | 1099 | PAST BILLS |
| CILKER REVOCABLE TRUST | August 28, 2003 | $82,914.00 | 1101 | RENT DEPOSIT |
| IRS | August 28, 2003 | $30,000.00 | 1102 | CASHIERS CHECK |
| CILKER REVOCABLE TRUST | August 18, 2003 | $82,914.00 | 1103 | REPLACING CHECK 1101 |
| IRS | August 28, 2003 | $107,000.00 | 1104 | CASHIERS CHECK |
| EDD | August 28, 2003 | $45,001.23 | 1105 | PAYROLL TAX QUARTER ENDING 3/31/03 |
| AIR LIQUID | August 28, 2003 | $1,000.00 | 1107 | CASHIERS CHECK |
| PETERSON POWER SYSTEM | September 2, 2003 | $2,842.36 | 1109 | |
| CAMPBELL GOODSELL SMITH | September 2, 2003 | $10,008.00 | 1111 | ATTORNEY FEES |
| PETTY CASH | September 2, 2003 | $5,000.00 | 1112 | |
| CAMPBELL GOODSELL SMITH | September 2, 2003 | $20,000.00 | 1113 | |
| 3 S INTERNATIONAL | September 2, 2003 | $16,000.00 | 1114 | TRAVEL FOR JOGI & VIJAY |
| PACKAGING CONNECTIONS | September 8, 2003 | $3,000.00 | 1144 | MOVING SAN JOSE-SANTA CLARA |
| 3 S INTERNATIONAL | September 2, 2003 | $1,325.00 | 1145 | SRICHARAN TICKET |
| US MICRO TECH TO UNISEM | | $660,000.00 | | |
| ALLIANCE TO AIT | | $350,000.00 | | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| David Zhang<br>c/o GTSI Corp.<br>301 N. Lake Avenue #320<br>Pasadena, CA   91101 | 11/6/2002 | 157,500.00 | |
| Moiz Khambaty<br>1151 Bodega Drive<br>Sunnyvale, CA   94086<br>   VP | 6/03 ($12,000); 8/03 ($10,000) | 22,000.00 | 800,000.00 |
| Rajan Thaygu<br>Aquarius Investment<br>5 Shenton Way<br>Singapore<br>   Director (former) | 11/6/02 | 300,000.00 | |
| Subbarao Pinanameni<br>166B Baypointe Pkwy<br>Santa Clara, CA   95134<br>   Chairman/President/CEO | various (salary/expenses) | 32,601.00 | |
| Sugriva Reddy<br>166B Baypointe Pkwy<br>Santa Clara, CA   95134 | 6/26/2003 | 25,008.00 | |
| Tarsaim Batra<br>166B Baypointe Pkwy<br>Santa Clara, CA   95134<br>   CFO/COO/Director | various (salary) | 50,000.00 | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Semiconductor Equipment v. IMP<br>   119391902 | Collection | District Court, Tarrant County, TX | Judgment ($11,494) |
| Eagle Test Systems v. IMP<br>   02 L 739 | Collection | Circuit Court, Lake County, IL | settlement |
| Natl. Customer Eng. v. IMP<br>   DC02-4728405 | Collection | Superior Court, Santa Clara County | pending |
| Reaction Technology v. IMP<br>   CV 809553 | Collection | Superior Court, Santa Clara County | pending |
| Water Reclaim v. IMP<br>   AS02280783 | Collection | Superior Court, Santa Clara County | Judgment ($2,065) |
| Bowne v. IMP<br>   BC 289041 | Collection | Superior Court, Los Angeles County | pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Comdisco v. IMP<br>CV 807641 | Collection | Superior Court, Santa Clara County | Judgment ($215,515) |
| Credence Capital v. IMP<br>CV 806591 | Collection | Superior Court, Santa Clara County | pending |
| IBM Credit v. IMP<br>CV 811872 | Collection | Superior Court, Santa Clara County | pending |
| Hudson United Bank v. IMP<br>CV 801935 | Collection | Superior Court, Santa Clara County | Judgment ($350,229) |
| Zehnder Intl v. IMP<br>CV 803264 | Collection | Superior Court, Santa Clara County | Judgment ($128,000) |
| Frederick Diaz<br>12-46203 | Collection | Superior Court, Santa Clara County | Judgment ($24,902) |
| SHI-PAD Cryogenics v. IMP<br>DC02-429299 | Collection | Superior Court, Santa Clara County | pending |
| Image Group v. IMP<br>CV 813114 | Collection | Superior Court, Santa Clara County | Judgment ($28,840) |
| Creditor Adjustment v. IMP<br>DC02-425367 | Collection | Superior Court, Santa Clara County | Pending |
| WXIII/SVC Real Estate v. IMP<br>CV 003088 | Collection | Superior Court, Santa Clara County | pending |
| Risk Management v. IMP<br>DC03-436540 | Collection | Superior Court, Santa Clara County | Pending |
| Empire Intl. v. IMP et al.<br>CV 818176 | Collection | Superior Court, Santa Clara County | pending |
| Mykrolis Corp. v. IMP<br>DC02-417464 | Collection | Superior Court, Santa Clara County | pending |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Comdisco** c/o Winston & Strawn 333 S. Grand Avenue, 38th Floor Los Angeles, CA | 08/03/2003 | **Photo-resist spin track system** ($20,000); etcher ($30,000) |
| **Garrett Electronics** 1320 W. McCoy Lane Santa Maria, CA 93455 | 08/03/2003 | 4 TMT testers ($250,000) |

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Campeau Goodsell Smith<br>38 W. Santa Clara Street<br>San Jose, CA 95113 | 9/2/03 | $30,000 |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of the West | Checking Account | |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

### 15. Prior address of debtor

None ☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|---|---|

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Petitioner<br>166B Baypointe Pkwy<br>Santa Clara, CA  95134 | various employees tasked with accounting matters |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| BDO<br>125 S. Market Street #800<br>San Jose, CA  95113 | FY2001 - FY2003 audits |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☐

| NAME | ADDRESS |
|---|---|
| BDO | 125 S. Market Street #800<br>San Jose, CA  95113 |
| KMPG | 500 E. Middlefield Road<br>Mountain View, CA  94043 |
| Petitioner | 166B Baypointe Pkwy<br>Santa Clara, CA  95134 |
| Price Waterhouse | 10 Almaden Blvd, Ste 1600<br>San Jose, CA  95113 |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None ☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| various creditors/investors/SEC issued statements available | |

### 20. Inventories

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) | |
|---|---|---|---|
| 09/10/2003 | Tarsaim Batra | 4,306,000.00 | cost |
| 03/31/2003 | Tarsaim Batra | 5,841,000.00 | cost |

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 09/10/2003 | Petitioner<br>166B Baypointe Pkwy<br>Santa Clara, CA 95134 |
| 03/31/2003 | Petitioner<br>166B Baypointe Pkwy<br>Santa Clara, CA 95134 |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| K. Y. Mok | Vice President/Director | none |
| Subbarao Pinamaneni | President/Chairman | none |
| Tarsaim Batra | CFO/Director | 7% shareholder |

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None ☐

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| A.S.Thiyaga Rajan | Director | 09/01/2002 |
| Jitu Somaya | Director | 09/01/2002 |
| John Chu | Vice President | 01/01/2003 |
| Moiz Khambaty | Officer | 01/01/2003 |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Ralph Brandi | Director | 09/01/2002 |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See response to 3b above** | **See response to 3b above** | |

### 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  9/17/03            Signature  *Tarsaim Lal Batra*

**Tarsaim Lal Batra, Chief Financial Officer**
*Print Name and Title*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]