Entered on Docket
November 13, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT A. TRODELLA, JR. (Bar No. 184081)
MICHAELINE H. CORREA (Bar No. 215215)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: robert.trodella@hellerehrman.com
miki.correa@hellerehrman.com

Attorneys for chapter 7 trustee
WILLIAM A. BRANDT, JR.

The following constitutes
the order of the court. Signed November 13, 2007

*Marilyn Morgan*
**Marilyn Morgan
U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>IMP, INC.,<br><br>       Debtor. | Bk. No. 03-55665 MM<br>Chapter 7<br><br>**ORDER DENYING TRUSTEE'S MOTION FOR AUTHORITY TO ASSIGN JUDGMENT AGAINST SUBBARAO PINAMANENI TO THE INTERNAL REVENUE SERVICE**<br><br>Continued Hearing Date/Time:<br>Date: November 9, 2007<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>      280 South First Street<br>      San Jose, CA 95113-3099<br><br>Judge: Hon. Marilyn Morgan |

Heller
Ehrman LLP

ORDER DENYING TRUSTEE'S MOTION FOR AUTHORITY TO ASSIGN JUDGMENT AGAINST SUBBARAO PINAMANENI TO THE INTERNAL REVENUE SERVICE; BK NO. 03-55665MM

Case: 03-55665   Doc# 722   Filed: 11/13/07   Entered: 11/13/07 13:36:56   Page 1 of 3

On November 9, 2007, William A. Brandt, Jr.'s (the "Trustee") Motion for Authority to Assign Judgment Against Subbarao Pinamaneni to the Internal Revenue Service (the "Motion to Assign"), filed August 23 2007, came on for continued hearing before the Honorable Marilyn Morgan, United States Bankruptcy Judge, pursuant to the Order (1) Continuing Hearing on the Motion To Assign; and (2) Granting Trustee's Motion for Authority to Abandon and Destroy Unnecessary Documents, entered September 21, 2007. Michaeline H. Correa, Esq. of Heller Ehrman LLP appeared on behalf of the Trustee, James Whitten, Esq. appeared on behalf of the IRS, and Nanette Dumas, Esq. appeared on behalf of the Office of the United States Trustee. Other appearances were as noted on the record.

The Court having considered the Motion to Assign, the Declaration of William A. Brandt filed in support of the Motion to Assign and the representations, arguments and informal objections made by counsel on the record of the hearing with respect to the Motion to Assign; and having determined that appropriate notice has been given to parties in interest, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion to Assign is denied.

\* \* \* END OF ORDER \* \* \*

- 2 -

ORDER DENYING TRUSTEE'S MOTION FOR AUTHORITY TO ASSIGN JUDGMENT AGAINST SUBBARAO PINAMANENI TO THE INTERNAL REVENUE SERVICE; BK NO. 03-55665MM

Case: 03-55665   Doc# 722   Filed: 11/13/07   Entered: 11/13/07 13:36:56   Page 2 of 3

Heller Ehrman LLP

# COURT SERVICE LIST

| | |
|---|---|
| **Attorneys for Chapter 7 Trustee**<br>Michaeline H. Correa<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104 | **United States Trustee:**<br>Attn: Nanette Dumas, Esq.<br>Office of the U.S. Trustee<br>United States Federal Building<br>280 S. 1st Street. #268<br>San Jose, CA 95113-3004 |
| **Chapter 7 Trustee**<br>William A. Brandt, Jr.<br>Development Specialists, Inc.<br>70 West Madison Street, Suite 2300<br>Chicago, Illinois 60602 | Mr. Subbarao Pinamaneni<br>730 E. Evelyn Avenue, #424<br>Sunnyvale, CA 94086 |
| **Counsel for the Internal Revenue Service**<br>James Whitten, Esq.<br>IRS/Office of District Counsel<br>55 South Market #505<br>San Jose, CA 95113 | |

- 3 -
ORDER DENYING TRUSTEE'S MOTION FOR AUTHORITY TO ASSIGN JUDGMENT AGAINST SUBBARAO PINAMANENI TO THE INTERNAL REVENUE SERVICE; BK NO. 03-55665MM

Case: 03-55665   Doc# 722   Filed: 11/13/07   Entered: 11/13/07 13:36:56   Page 3 of 3