WILLIAM A. BRANDT, JR.
CHAPTER 7 TRUSTEE
DEVELOPMENT SPECIALISTS, INC.
345 California Street
San Francisco CA 94104
Telephone: (415) 981-2717
Facsimile: (415) 981-2718

FILED
DEC 15 2008
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re:

IMP, INC.,

Debtor.

Bk. No. 03-55665 MM
Chapter 7
Judge: Hon. Marilyn Morgan

**CHAPTER 11 TRUSTEE'S FINAL REPORT AND ACCOUNT**

[No Hearing Requested]

William A. Brandt, Jr., duly appointed and acting chapter 7 trustee in the bankruptcy of the estate of IMP, Inc. (the "Debtor"), files this Chapter 11 Trustee's Final Report and Account in his capacity, and with respect to events that occurred during his tenure, as the former chapter 11 trustee (the "Trustee") of the Debtor. The Trustee respectfully represents as follows:

I. **TRUSTEE'S APPOINTMENT**

The Debtor's bankruptcy case was commenced on September 2, 2003 by voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor continued as a debtor in possession until the Trustee's appointment on January

CHAPTER 11 TRUSTEE'S FINAL
REPORT AND ACCOUNT
BK. No. 03-55665 MM

29, 2004. That appointment was in response to a motion to appoint a trustee, filed by creditor and equity security holder, Teamasia Semiconductors (India) Ltd. ("**TSIL**"), which alleged mismanagement, fund diversion (or outright conversion), and inadequate record keeping on the part of the Debtor's management.

The Trustee is the President and Chief Executive Officer of a national consulting firm, Development Specialists, Inc. ("DSI"), with offices in Chicago, Los Angeles, San Francisco, Miami and Boston. DSI is well-known in the fields of business restructuring, consulting and management; it has been recognized as one of the top turnaround firms in the United States.

Both the Trustee and the DSI professionals (the "Staff") that support him in these cases have considerable experience in bankruptcy and corporate reorganization matters. To varying degrees, each possesses expertise in finance and accounting, asset disposition, secured transactions and organizational restructuring, all predominantly within the contexts of financially distressed companies.

## II. BACKGROUND

A precipitating cause of the Debtor's chapter 11 filing was its inability to meet scheduled payments under existing credit facilities. In addition, and as outlined extensively in TSIL's trustee motion and at the January 27, 2004 hearing on that motion, alleged fraud and mismanagement by the Debtor's principals further contributed to that filing.

Until the sale of substantially all of its assets, the Debtor was in the business of designing, manufacturing, and selling a variety of integrated semiconductor devices, primarily to distributors and manufacturers in Southeast Asia. In addition, the Debtor offered wafer foundry services to manufacture circuits designed by third parties. Operations were based out of the Debtor's facility in San Jose, California, the lease for which has since been rejected and the premises turned over to its landlord. Additional contemplated operations were to be based offshore with the Debtor's joint venture in Ningbo, China. Those operations, the Trustee ultimately learned, had yet to commence, and had no near-term prospect of commencing. That joint venture was itself under-funded and

2

the partners to the joint venture were constantly feuding. The result was that the facility lay idle, with power shut off and employees unpaid.

### III. TRUSTEE'S ADMINISTRATION

Soon after his appointment the Trustee realized that the Debtor had no cash flow to fund administrative expenses, no prospect of generating cash flow in the short term, and no viable source of alternative financing. These operational concerns resulted largely because the Debtor had no independent manufacturing capability. And, because the joint venture was itself far from operational and poorly financed, it offered little prospect of near term cash distributions to the Debtor on IMP's investment. Hence, the principal remaining assets of the Debtor consisted of whatever intellectual property rights in its process technologies had not been previously transferred to the joint venture, and significantly, its interest in joint venture itself. Knowing this, in early February 2004 the Trustee formally shut down the Debtor's business and focused efforts on liquidating residual assets.

On April 22, 2004, the Trustee consummated a sale of substantially all of the Debtor's assets to Daily Silver (Holdings) Ltd. ("Daily Silver"), a company based in Hong Kong for cash consideration of $2.3 million and the waiver of a claim to a $200,000 post-petition loan.

Separate from the sale process, the Trustee also instigated investigations and attempts to recover estate assets. Initially, this principally consisted of obtaining a temporary restraining order and then a preliminary injunction on a bank account maintained by the Debtor's former CEO, which as alleged in TSIL's trustee motion was funded in part or in whole by IMP assets and being used by former IMP management for personal benefit. Although these actions proved quick and successful, a review of the bank statements indicated the account itself had long been emptied of funds

Upon the Trustee's appointment estate funds totaled less than $200,000. Substantially all of the Debtor's tangible assets — composed of wafer manufacturing equipment and chip inventory — had earlier been transferred to the Debtor's Chinese joint venture as capital contributions. Hence, the sole prospect of fashioning any meaningful

3

Case: 03-55665   Doc# 744   Filed: 12/15/08   Entered: 12/16/08 14:47:40   Page 3 of 14

recovery to creditors and funding investigations was to bundle remaining estate assets for a structured sale, which given the Debtor's circumstances, would likely only garner interest from, and necessitate a sale to, a Chinese concern.

### A. Liquidation of Assets

Ultimately the Trustee was able to sell the Debtor's remaining assets, consisting primarily of its interest in the nascent and itself under-funded, joint venture, and remaining intellectual property rights. Funds realized by that sale totaled $2.3 million, (coupled with the forgiveness of a $200,000 post-petition loan). While working to close that sale, the Trustee investigated both domestic and foreign bank documents, conducted interviews, and worked closely with federal officials (including the U.S. Trustee's Office, the Department of Labor, the Security and Exchange Commission and the Office of Homeland Security), all in an effort to augment estate assets and to preserve the ability of federal officials to prosecute any of their separate actions against the Debtor's former management.

Annexed hereto as **Exhibit A** is a Cash Flow Report from January 29, 2004 through April 7, 2005, the date of the conversion of this case to a chapter 7. The Cash Flow Report describes in detail all monies collected by the Trustee during the chapter 11 portion of this case and all disbursements that were made, including disbursements to the Trustee's professionals.

### B. Conversion to Chapter 7.

Because it was ultimately determined that the Debtor had no prospect of rehabilitation, the Trustee filed a motion to convert the case to one under chapter 7, which the court approved on April 7, 2005. The Trustee continues to perform his duties in this case, having been appointed chapter 7 trustee of the Debtor on April 8, 2005

Case: 03-55665   Doc# 744   Filed: 12/15/08   Entered: 12/16/08 14:47:40   Page 4 of 14

**B.  Professional Fees**

During the chapter 11, professional fees were paid on an interim basis as approved by the Court. The Trustee and his counsel have filed final fee applications for the chapter 11 and chapter 7 periods and these final applications are awaiting approval of the Trustee's Final Report.

**B.  Cash on Hand**

As indicated by the attached Exhibit A, the Trustee had cash on hand as of the conversion date of $1,478,470.53.

### III.  UNPAID ADMINISTRATIVE EXPENSES

The bar date for unpaid chapter 11 administrative expenses has passed and all allowed administrative claims have been paid in full during the chapter 7.

Dated: October 31, 2008

By /s/ William A. Brandt, Jr.
William A. Brandt, Jr.
Chapter 7 Trustee for the Debtor

Case: 03-55665    Doc# 744    Filed: 12/15/08    Entered: 12/16/08 14:47:40    Page 5 of 14

IMP, Inc. Selected Accounts     **CASH FLOW REPORT**
**SUMMARY**

**(JANUARY 29, 2004 THROUGH APRIL 7, 2005**

| Category | 1/29/2004 - 4/7/2005 |
|---|---:|
| **Inflows** | |
| Interest Earned | 24,464.97 |
| Inflows - Other | 2,552,058.76 |
| **Total Inflows** | 2,576,523.73 |
| **Outflows** | |
| Bank Charges | 141.00 |
| Storage | 27,314.18 |
| Taxes | 122.54 |
| U.S. Trustee Fees | 13,750.00 |
| Outflows - Other | 1,056,725.48 |
| **Total Outflows** | 1,098,053.20 |
| Net Inflows/Outflows | $ 1,478,470.53 |

**EXHIBIT A**

Case: 03-55665    Doc# 744    Filed: 12/15/08    Entered: 12/16/08 14:47:40    Page 6 of 14

## (Interest Earned)

| | Date | Num | Account | Payee | Clr | Category | Amount |
|---|---|---|---|---|---|---|---|
| Interest Earned | | | | | | | |
| | 02/29/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 81.18 |
| | 03/31/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 145.11 |
| | 04/30/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 713.29 |
| | 05/31/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 2,101.40 |
| | 06/30/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 2,035.38 |
| | 07/31/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 2,146.90 |
| | 08/31/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 2,146.89 |
| | 09/30/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 1,708.55 |
| | 10/31/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 1,538.61 |
| | 11/30/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 1,756.94 |
| | 12/31/2004 | | Bank of the West | Interest Earned | R | Interest Earned | 2,036.09 |
| | 01/31/2005 | | Bank of the West | Interest Earned | R | Interest Earned | 2,082.81 |
| | 02/28/2005 | | Bank of the West | Interest Earned | R | Interest Earned | 1,792.58 |
| | 03/31/2005 | | Bank of the West | Interest Earned | R | Interest Earned | 2,009.55 |
| | 03/31/2005 | | Bank of the West | Interest Earned | R | Interest Earned | 2,169.69 |
| Total Interest Earned | 1/29/2004 - 4/7/2005 | | | | | | 24,464.97 |

**EXHIBIT A**

## (OTHER)

| Date | Num | Payee | Category | Clr | Account | Amount |
|---|---|---|---|---|---|---|
| 02/05/2004 | | Compeau Goodsell Smith | Transfer from Compeau Goodsell | R | Money Market - 613 | 200,000.00 |
| 02/18/2004 | | Wells Fargo | Balance on closed accounts | R | Checking - 606 | 4,349.02 |
| 03/30/2004 | | SBC | Refund | R | Checking - 606 | 577.92 |
| 10/01/2004 | | State Fund Compensation | Refund | R | Money Market - 613 | 38.79 |
| 10/22/2004 | | UPAC | Refund | R | Money Market - 613 | 280.52 |
| 09/14/2004 | | PennWell | Refund | R | Money Market - 613 | 1,905.00 |
| 12/06/2004 | | International Sureties, Inc. | Bond premium reduction | R | Money Market - 613 | 1,925.00 |
| 02/18/2004 | | Ing, Inc | Deposit | R | Money Market - 613 | 669.43 |
| 03/26/2004 | | JSI Microelectronics, Inc | Deposit | R | Money Market - 613 | 4,368.92 |
| 04/13/2004 | | Ngbo | Wire In | R | Money Market - 613 | 2,300,125.68 |
| 04/27/2004 | | Productos Electronicos | Deposit | R | Money Market - 613 | 3,045.00 |
| 06/14/2004 | | Basic Chemical Solutions, L.L.C. | Deposit | R | Money Market - 613 | 124.82 |
| 07/27/2004 | | AT&t | Refund of credit balance. | R | Money Market - 613 | 1,772.44 |
| 01/20/2005 | | Accountants, Inc. | Refund of payment | R | Money Market - 613 | 2,281.57 |
| 02/07/2005 | | Bank of America | IMP CD | R | Money Market - 613 | 30,594.65 |
| Total 1/29/2004 - 4/7/2005 | | | | | | 2,552,058.76 |

**EXHIBIT A**

## OUTFLOWS

### (Bank Fees)

| Date | Num | Account | Payee | Memo | Clr | Category | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/2004 | | Money Market - 613 | Bank of the West | Fee: Wire-In | R | Bank Fees | 12.00 |
| 03/04/2004 | | Money Market - 613 | Bank of the West | Fee: Outgoing Wire | R | Bank Fees | 35.00 |
| 03/31/2004 | | Money Market - 606 | Bank of the West | Monthly Service Charge | R | Bank Fees | 15.00 |
| 04/08/2004 | | Money Market - 606 | Bank of the West | Service Fee Reversal | R | Bank Fees | -15.00 |
| 04/13/2004 | | Checking - 608 | Bank of the West | Fee: Wire-In | R | Bank Fees | 12.00 |
| 04/22/2004 | | Money Market - 613 | Bank of the West | Fee: Wire-In | R | Bank Fees | 12.00 |
| 04/30/2004 | | Money Market - 606 | Bank of the West | Monthly Fee | R | Bank Fees | 15.00 |
| 05/12/2004 | | Money Market - 606 | Bank of the West | Service Fee Reversal | R | Bank Fees | -15.00 |
| 06/29/2004 | | Money Market - 613 | Bank of the West | Bank fees | R | Bank Fees | 50.00 |
| 11/10/2004 | | Accounts Payable | Bank of the West | Stop payment fee-Campeau | R | Bank Fees | 20.00 |
| | | | | | | | 141.00 |

Total 1/29/2004 - 4/7/2005      **EXHIBIT A**

| Date | Num | Account | Payee | Memo | Clr | Category | Amount |
|---|---|---|---|---|---|---|---|
| 05/10/2004 | L637741 | Checking - 608 | Iron Mountain | Move out and storage thru 04/31/04 | R | Storage | -817.39 |
| 05/10/2004 | M004593 | Checking - 608 | Iron Mountain | Thru 05/31/04 | R | Storage | -89.10 |
| 05/10/2004 | GXA05529-A | Checking - 608 | Cor-O-Van | Move out | R | Storage | -3,313.29 |
| 07/02/2004 | F-49536 | Checking - 608 | Aeronet | April | R | Storage | -1,465.67 |
| 07/02/2004 | F-49536 | Checking - 608 | Aeronet | March | R | Storage | -2,000.00 |
| 07/02/2004 | F-49536 | Checking - 608 | Aeronet | February | R | Storage | -2,000.00 |
| 07/02/2004 | F-49536 | Checking - 608 | Aeronet | January | R | Storage | -2,000.00 |
| 07/21/2004 | | Checking - 608 | Cor-O-Van | Storage Fees through April 2004 | R | Storage | -5,999.25 |
| 07/30/2004 | Prorated April | Checking - 608 | Cor-O-Van | Prorated April | R | Storage | -243.00 |
| 07/30/2004 | Prorated May | Checking - 608 | Cor-O-Van | Prorated May | R | Storage | -810.00 |
| 07/30/2004 | Prorated June | Checking - 608 | Cor-O-Van | Prorated June | R | Storage | -810.00 |
| 07/30/2004 | Prorated July | Checking - 608 | Cor-O-Van | Prorated July | R | Storage | -810.00 |
| 07/30/2004 | Prorated July | Checking - 608 | Cor-O-Van | Prorated July | R | Storage | -786.25 |
| 09/27/2004 | Storage fees IMP | Checking - 608 | Cor-O-Van | RS5072372 | R | Storage | -1,465.28 |
| 09/27/2004 | Storage fees SF258 | Checking - 608 | Iron Mountain | N872964 | R | Storage | -769.26 |
| 09/27/2004 | Temp Srvcs IMP | Checking - 608 | Roger Candelaria | | R | Storage | -165.00 |
| 10/26/2004 | September 2004 | Checking - 608 | Iron Mountain | | R | Storage | -75.00 |
| 11/24/2004 | P616102 | Checking - 608 | Iron Mountain | | R | Storage | -108.46 |
| 11/24/2004 | RS5076810 | Checking - 608 | Cor-O-Van | | R | Storage | -639.87 |
| 12/15/2004 | RS5075304 | Checking - 608 | Cor-O-Van | | R | Storage | -232.54 |
| 12/15/2004 | RS5078315 | Checking - 608 | Cor-O-Van | | R | Storage | -627.03 |
| 01/13/2005 | AK92207 | Checking - 608 | Iron Mountain | | R | Storage | -75.00 |
| 01/13/2005 | RS5079630 | Checking - 608 | Cor-O-Van | | R | Storage | -625.20 |
| 03/01/2005 | AP98756 | Checking - 608 | Iron Mountain | | R | Storage | -75.00 |
| 03/31/2005 | 1039 | Checking - 608 | Iron Mountain | AX72335 | R | Storage | -75.94 |
| 03/31/2005 | 1040 | Checking - 608 | Cor-O-Van | | R | Storage | -1,235.61 |
| 1/29/2004 - 4/7/2005 | | | | | | | -27,314.18 |

**EXHIBIT A**

Case: 03-55665   Doc# 744   Filed: 12/15/08   Entered: 12/16/08 14:47:40   Page 10 of 14

IMP, Inc. - Selected Accounts

OUTFLOWS

(Taxes)

| Date | Num | Account | Payee | Memo | Clr | Category | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/2004 | Levy | Money Market - 613 | Franchise Tax Baord | Taxes | R | Taxes | -122.54 |
| Total 1/29/2004-4/7/2005 | | | | | | | -122.54 |

**EXHIBIT A**

IMP, Inc. - Selected Accounts

# OUTFLOWS

## (U.S. Trustee Fees)

| Date | Num | Account | Payee | Memo | Clr | Category | Amount |
|---|---|---|---|---|---|---|---|
| 03/09/2004 | 9902 | Checking - 608 | U.S. Trustee | 3Q03 & 4Q03 for NSF | R | Trustee Fees | -5,250.00 |
| 09/13/2004 | | Checking - 608 | U.S. Trustee | Q2 2004 #715035565 | R | Trustee Fees | -250.00 |
| 09/13/2004 | | Checking - 608 | U.S. Trustee | Q1 2004 #715035565 | R | Trustee Fees | -3,750.00 |
| 12/08/2004 | Q3 2004 | Checking - 608 | U.S. Trustee | | R | Trustee Fees | -3,750.00 |
| 02/11/2005 | Q 4 Fees | Checking - 608 | U.S. Trustee | | R | Trustee Fees | -750.00 |
| Total 1/29/2004 - 4/7/2005 | | | | | | | -13,750.00 |

**EXHIBIT A**

Case: 03-55665    Doc# 744    Filed: 12/15/08    Entered: 12/16/08 14:47:40    Page 12 of 14

# OUTFLOWS

## (Other)

| Date | Num | Account | Payee | Memo | Clr | Category | Amount |
|---|---|---|---|---|---|---|---|
| 02/17/2004 | 9801 | Checking - 608 | International Sureties, Inc. | Cost Advance | R | Insurance | -2,500.00 |
| 03/03/2004 | Wire | Money Market - 6 | Heller Ehrman | Cost Advance | R | Professional Fees | -10,000.00 |
| 06/24/2004 | 1003 | Checking - 608 | Palo Alto Staffing | Temp - Johanah | R | Other Expenses | -342.13 |
| 07/02/2004 | 1004 | Checking - 608 | Aeronet | | R | Accounts Payable | -52,885.65 |
| 08/12/2004 | 1007 | Checking - 608 | International Sureties, Inc. | Bond #016030664 | R | Accounts Payable | -1,793.97 |
| 09/15/2004 | 1010 | Checking - 608 | Development Specialists, Inc. | | R | Accounts Payable | -160,413.31 |
| 09/15/2004 | 1012 | Checking - 608 | William C. Lewis Attorney Trust Account | | R | Accounts Payable | -307,039.23 |
| 09/16/2004 | 1011 | Checking - 608 | Heller Ehrman | | R | Accounts Payable | -268,828.72 |
| 09/27/2004 | 1017 | Checking - 608 | Accountants, Inc. | | R | Accounts Payable | -5,779.34 |
| 09/27/2004 | 1014 | Checking - 608 | Palo Alto Staffing | | R | Accounts Payable | -1,061.13 |
| 09/27/2004 | 1019 | Checking - 608 | Thibault Associates, Inc. | | R | Accounts Payable | -300.00 |
| 10/13/2004 | 1021 | Checking - 608 | Accountants, Inc. | | R | Accounts Payable | -2,261.57 |
| 10/15/2004 | 1022 | Checking - 608 | Compeau Goodsell Smith | | R | Accounts Payable | -39,568.78 |
| 12/14/2004 | 1027 | Checking - 608 | Packaging Connection, Inc. | | R | Admin Claim Settlem | -30,000.00 |
| 01/13/2005 | 1032 | Checking - 608 | Compeau Goodsell Smith | | R | Accounts Payable | -64,431.00 |
| 01/21/2005 | 1033 | Checking - 608 | Development Specialists, Inc. | | R | Accounts Payable | -5,404.67 |
| 01/21/2005 | 1034 | Checking - 608 | Heller Ehrman | | R | Accounts Payable | -84,075.98 |
| 03/31/2005 | 1038 | Checking - 608 | Moiz Khambaty | | R | Admin Claim Settlem | -20,000.00 |
| 1/29/2004 - 4/5/2005 | | | | | | | -1,056,725.48 |

**EXHIBIT A**