State of California

John Chiang, California State Controller

# Memorandum

Date:

To:

03-55665

FILED
JUN 18 2013
United States Bankruptcy Court

From: State Controller's Office
Personnel/Payroll Operations
Production Support Unit

Re: EMPLOYMENT HISTORY REQUEST (VERIFICATION)

We were unable to fulfill your request for the following reason(s):

[ ] Records do not reveal employment under name given

[X] Records do not reveal employment under Social Security Number given

[ ] Unable to process because Social Security Number has been omitted

[ ] Unable to process because Department name or number has been omitted

[ ] Under the Federal Privacy Act, it is against the law to disclose an employee's confidential records.

[ ] Other: _____
_____
_____
_____

NOTE: For your information, we keep records by Social Security Number for an individual employee.

You may resubmit your request at anytime.

We regret we were unable to assist you in this matter. If you have further questions, please contact Production Support at (916) 322-8141 or (ATSS) 492-8141.

DC:ea
EH (Rev. 01/03)

PERSONNEL/PAYROLL SERVICES DIVISION
P.O. Box 942850, Sacramento, CA 94250

Form NFH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: IMP, Inc. | Case No.: 03-55665 CN 7 |
| Debtor(s) | Chapter: 7 |

### NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION(S) FOR COMPENSATION

PLEASE TAKE NOTICE THAT William A. Brandt Jr., trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. Notice is also given that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 7 days before the date of the hearing, notwithstanding the deadline for objections in the accompanying Notice of Trustee's Final Report. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

| **DATE:** June 25, 2013 | **TIME:** 02:00 PM |
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3070 3rd Fl., San Jose, CA 95113 | |

Dated: 5/30/13

For the Court:

Gloria L. Franklin
Clerk of Court United States Bankruptcy Court

SAT-65103 0971-5 pdftfr 03-55665
Scott L. Goodsell
Campeau, Goodsell Smith
440 N. 1st St. #100
San Jose, CA 95112

002799 2799 2 MB 0.402 95814 9 0 7287-2-2799
|ıl|ı··ıı|ı··ıı|lll|ıı·ıı||ıı|ı·ı·l·l|lıı|ıı·ıı·l|ı·ıı||ıı·ıı|ıı·ıı|ı·ı|
Sate Controller
State of California
300 Capital Mall, Room 801
Sacramento, CA 95814-4336



Get word fast. Send word faster.

# FREE ELECTRONIC BANKRUPTCY NOTICING

Make the switch today. Visit us at ebn.uscourts.gov/fast

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: IMP INC § Case No. 03-55665
§
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that William A. Brandt, Jr. , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
280 S. First Street, Room 3035, San Jose, CA 95113

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: /S/ William A. Brandt Jr.
(Title of person signing form)

*Trustee's Name:*
William A. Brandt, Jr.

*Trustee's Address:*
c/o DSI 333 S. Grand Ave Suite 4070 Los Angeles, CA 90071

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
Northern  DISTRICT OF California
San Jose Division

In re: IMP INC  § Case No. 03-55665
§
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $1,773,137.01 |
| *and approved disbursements of* | $1,706,175.56 |
| *leaving a balance on hand of* [1] | $66,961.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 42 | Citicorp | $750,000.00 | $15,000.00 | $15,000.00 | $0.00 |
| 118A | County of Santa Clara | $68,634.50 | $68,634.50 | $68,634.50 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $66,961.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* William A. Brandt, Jr. | $53,194.11 | $28,680.32 | $24,513.79 |
| *Trustee, Expenses* William A. Brandt, Jr. | $27,129.61 | $22,043.05 | $5,086.56 |
| *Attorney for Trustee, Fees* Heller Ehrman | $574,080.54 | $562,939.04 | $11,141.50 |
| *Attorney for Trustee, Expenses* Heller Ehrman | $71,831.68 | $70,999.12 | $832.56 |
| *Accountant for Trustee, Fees* Bachecki Crom and Co. | $186,451.00 | $186,451.00 | $0.00 |
| *Accountant for Trustee, Expenses* Bachecki Crom and Co. | $7,159.43 | $7,159.43 | $0.00 |
| *Auctioneer, Fees* | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| *Auctioneer, Expenses* | $0.00 | $0.00 | $0.00 |
| *Charges, U.S. Bankruptcy Court* | $0.00 | $0.00 | $0.00 |
| *Fees, United States Trustee* | $0.00 | $0.00 | $0.00 |
| Other Hopkins & Carley | $17,328.50 | $0.00 | $17,328.50 |
| Other Hopkins & Carley | $3,790.36 | $0.00 | $3,790.36 |

Total to be paid for chapter 7 administrative expenses: $62,693.27
Remaining balance: $4,268.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| Other Anny Ting | $3,500.00 | $3,500.00 | $0.00 |
| Other Azzam Abdo | $503,013.25 | $503,013.25 | $0.00 |
| Other Chin-Shen Miao | $21,000.00 | $21,000.00 | $0.00 |
| Other Ching T. & Shu H. Young | $31,500.00 | $31,500.00 | $0.00 |
| Other Cilker Revocable Trust | $44,903.81 | $44,903.81 | $0.00 |
| Other Eris S. Young | $30,100.00 | $30,100.00 | $0.00 |
| Other George G. Ghorbanian | $7,000.00 | $7,000.00 | $0.00 |
| Other Lester S. Young | $15,400.00 | $15,400.00 | $0.00 |
| Other Wu BiXia Winnie Ng | $70,000.00 | $70,000.00 | $0.00 |

Total to be paid for prior chapter administrative expenses: $0.00
Remaining balance: $4,268.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,783,288.66 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Employment Development Dept. | $283.78 | $0.00 | $0.00 |
|  | Employment Development Dept. | $8.40 | $0.00 | $0.00 |
|  | Internal Revenue Service | $121.10 | $0.00 | $0.00 |
|  | Internal Revenue Service | $517.44 | $0.00 | $0.00 |
|  | Internal revenue Service | $66.78 | $0.00 | $0.00 |
| 4 | Franchise Tax Board | $971.30 | $0.00 | $0.00 |
| 53 | Dana Nguyen | $4,650.00 | $0.00 | $304.87 |
| 71 | Internal Revenue Service | $1,419,892.06 | $0.00 | $0.00 |
| 77 | Dennis Trieu Nguyen | $4,650.00 | $0.00 | $304.87 |
| 78 | Geron Landavora | $4,650.00 | $0.00 | $304.87 |
| 79 | Weifeng Chen | $4,650.00 | $0.00 | $304.87 |
| 80 | Nitin Gupta | $4,650.00 | $0.00 | $304.87 |
| 81 | Oliver Semba | $4,650.00 | $0.00 | $304.87 |
| 82 | Dan Aglman | $4,650.00 | $0.00 | $304.87 |
| 83 | Dammalapati Kautilya | $4,650.00 | $0.00 | $304.87 |
| 84 | Lakmi Jay Koya | $4,650.00 | $0.00 | $304.87 |
| 86 | Frederick R. Diaz | $4,650.00 | $0.00 | $304.87 |
| 92 | Andrej M Belic | $4,650.00 | $0.00 | $304.87 |
| 94 | Mary Chiao | $4,650.00 | $0.00 | $304.87 |
| 97 | Raj Selvaraj | $4,650.00 | $0.00 | $304.87 |
| 100 | State Board of Equilization | $169,733.43 | $0.00 | $0.00 |
| 101 | Gloria Ortiz | $4,650.00 | $0.00 | $304.87 |
| 118 | County of Santa Clara | $63,143.59 | $0.00 | $0.00 |
| 129 | County of Santa Clara | $63,450.78 | $0.00 | $0.00 |

Total to be paid for priority claims: $4,268.18
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,722,152.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pelican Package Inc. | $80,423.30 | $0.00 | $0.00 |
| 5 | Manohar Malwah | $291,256.65 | $0.00 | $0.00 |
| 6 | Ionics Ultrapure Water | $20,037.90 | $0.00 | $0.00 |
| 7 | S2 Design, Inc. | $3,217.45 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| # | Creditor | Amount | | |
|---|---|---|---|---|
| 8 | Bruce Barton Pump | $1,262.49 | $0.00 | $0.00 |
| 9 | Moore Material Handling Group | $608.16 | $0.00 | $0.00 |
| 10 | Austin Culligan | $1,045.65 | $0.00 | $0.00 |
| 11 | Far C Ing Enterprises | $5,918.75 | $0.00 | $0.00 |
| 13 | Microlux | $900.00 | $0.00 | $0.00 |
| 14 | UT | $15,293.24 | $0.00 | $0.00 |
| 15 | Viko Test Lab | $1,750.00 | $0.00 | $0.00 |
| 16 | Austin Culligan | $1,045.65 | $0.00 | $0.00 |
| 17 | Sunnyvale Fluid System Tech, Inc. | $2,753.03 | $0.00 | $0.00 |
| 18 | DFDS Stransport | $965.80 | $0.00 | $0.00 |
| 19 | Kimball Midwest | $3,598.00 | $0.00 | $0.00 |
| 20 | Sprint Communications Co. | $40,577.86 | $0.00 | $0.00 |
| 21 | Phototronics | $3,460.63 | $0.00 | $0.00 |
| 22 | Pacific Gas and Electric Co. | $774,168.45 | $0.00 | $0.00 |
| 23 | Pacific Financial Printing | $5,400.00 | $0.00 | $0.00 |
| 24 | ATMI | $105,741.45 | $0.00 | $0.00 |
| 25 | Quality Resource Center | $1,157.00 | $0.00 | $0.00 |
| 26 | Safety Kleen San Jose, Inc. | $32,057.46 | $0.00 | $0.00 |
| 27 | Jonathan Neil and Assoc., (Delta Dental) | $13,608.75 | $0.00 | $0.00 |
| 28 | SHI APD Cryogenics, Inc. | $12,340.05 | $0.00 | $0.00 |
| 29 | Air Products and Chemicals, Inc. | $122,146.05 | $0.00 | $0.00 |
| 31 | Steven A. Booska | $14,546.20 | $0.00 | $0.00 |
| 32 | Paragon Mechanical, Inc. | $8,243.96 | $0.00 | $0.00 |
| 33 | Keithley Instruments | $24,680.86 | $0.00 | $0.00 |
| 34 | Matthew F. Kye | $0.00 | $0.00 | $0.00 |
| 35 | Federal Express Corporation | $21,200.41 | $0.00 | $0.00 |
| 36 | C&D Semiconductor Services | $4,745.72 | $0.00 | $0.00 |
| 37 | Airborne Express | $6,984.72 | $0.00 | $0.00 |
| 38 | Comerica Bank | $162.25 | $0.00 | $0.00 |
| 39 | Nelia J. Samudio | $5,743.40 | $0.00 | $0.00 |
| 40 | Carmen Hernandez | $3,635.00 | $0.00 | $0.00 |
| 41 | Nelia J. Samudio | $5,743.40 | $0.00 | $0.00 |
| 43 | Ebara Technology, Inc. | $25,109.76 | $0.00 | $0.00 |
| 44 | NCE Computer Group | $15,691.06 | $0.00 | $0.00 |
| 45 | OSE, Inc. | $8,612.63 | $0.00 | $0.00 |
| 46 | Tanner Research, Inc. | $27,979.78 | $0.00 | $0.00 |
| 47 | Innovion | $152,961.97 | $0.00 | $0.00 |
| 48 | Viko Test Lab | $1,750.00 | $0.00 | $0.00 |
| 49 | CTI - Cryogenics | $3,618.46 | $0.00 | $0.00 |
| 50 | Angelita C. Andres | $16,839.12 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| # | Name | Amount | | |
|---|---|---|---|---|
| 51 | Esmeralda D. Solsoloy | $11,364.92 | $0.00 | $0.00 |
| 52 | Latham & Watkins | $38,506.81 | $0.00 | $0.00 |
| 53 | Dana Nguyen | $1,579.99 | $0.00 | $0.00 |
| 54 | MRL Industries, Inc. | $20,469.00 | $0.00 | $0.00 |
| 55 | Luz C. Abucay | $1,719.20 | $0.00 | $0.00 |
| 56 | Three Galleria Tower, 12th Flr | $72,086.00 | $0.00 | $0.00 |
| 57 | IBM Corporation | $0.00 | $0.00 | $0.00 |
| 58 | Adjustment Bureau, Inc. | $2,616.35 | $0.00 | |
| 59 | Comdisco, Inc. | $0.00 | $0.00 | $0.00 |
| 61 | American Stock Transfer & Trust Co | $1,533.04 | $0.00 | $0.00 |
| 62 | Michael R. Enright | $4,579.86 | $0.00 | $0.00 |
| 63 | General Chemical Corp. | $7,080.74 | $0.00 | $0.00 |
| 64 | Nelson Industrial Electric | $1,633.00 | $0.00 | $0.00 |
| 65 | NNR Air Cargo Service (USA), Inc. | $129,310.09 | $0.00 | $0.00 |
| 66 | Best Service Co. | $7,225.00 | $0.00 | $0.00 |
| 67 | Carol Wu, Trustee Unisill Acquisition | $79,560.67 | $0.00 | $0.00 |
| 68 | Venkataramana Vedire | $35,874.87 | $0.00 | $0.00 |
| 69 | Audrey W. Chan | $570,881.37 | $0.00 | $0.00 |
| 70 | Mykrolis Copr. | $14,988.21 | $0.00 | $0.00 |
| 71 | Internal Revenue Service | $517,200.26 | $0.00 | $0.00 |
| 72 | Air Products and Chemicals, Inc. | $137,364.05 | $0.00 | $0.00 |
| 73 | Mechatronics Engineering Group | $0.00 | $0.00 | $0.00 |
| 74 | K & H Enterprises | $12,321.14 | $0.00 | $0.00 |
| 75 | Off-Site Record Management | $12,774.36 | $0.00 | $0.00 |
| 76 | Mgi, Inc. | $13,335.46 | $0.00 | $0.00 |
| 77 | Dennis Trieu Nguyen | $1,484.87 | $0.00 | $0.00 |
| 78 | Geron Landavora | $5,533.06 | $0.00 | $0.00 |
| 79 | Weifeng Chen | $7,144.80 | $0.00 | $0.00 |
| 80 | Nitin Gupta | $2,536.32 | $0.00 | $0.00 |
| 81 | Oliver Semba | $3,764.00 | $0.00 | $0.00 |
| 82 | Dan Aglman | $19,914.21 | $0.00 | $0.00 |
| 83 | Dammalapati Kautilya | $2,699.77 | $0.00 | $0.00 |
| 84 | Lakmi Jay Koya | $631.47 | $0.00 | $0.00 |
| 85 | O'Connor Hospital | $2,903.30 | $0.00 | $0.00 |
| 86 | Frederick R. Diaz | $20,030.00 | $0.00 | $0.00 |
| 87 | Robinson & Wood, Inc. | $82,344.14 | $0.00 | $0.00 |
| 88 | Gloria Barrera | $8,775.02 | $0.00 | $0.00 |
| 89 | Balbir S. Kamal | $25,000.00 | $0.00 | $0.00 |
| 91 | C. Laine Lucas | $129,310.09 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 92 | Andrej M Belic | $27,671.95 | $0.00 | $0.00 |
| 93 | Kevin Watts | $65,027.42 | $0.00 | $0.00 |
| 94 | Mary Chiao | $66,480.74 | $0.00 | $0.00 |
| 96 | Min Tan | $3,996.30 | $0.00 | $0.00 |
| 97 | Raj Selvaraj | $12,031.51 | $0.00 | $0.00 |
| 99 | Safety-Kleen System, Inc. | $7,360.00 | $0.00 | $0.00 |
| 101 | Gloria Ortiz | $7,174.48 | $0.00 | $0.00 |
| 103 | David R. Foley | $3,251.71 | $0.00 | $0.00 |
| 104 | Shin Takeshima | $48,131.81 | $0.00 | $0.00 |
| 105 | Shin Takeshima | $33,962.21 | $0.00 | $0.00 |
| 106 | Adelaida Mendoza | $0.00 | $0.00 | $0.00 |
| 107 | C. Laine Lucas | $802,350.40 | $0.00 | $0.00 |
| 108 | Reaction Technologhy, Inc. | $88,086.59 | $0.00 | $0.00 |
| 109 | Uniem (M) Bhd | $264,371.08 | $0.00 | $0.00 |
| 110 | LSA - cleanport | $8,153.50 | $0.00 | $0.00 |
| 111 | Lemelson Foundation | $100,000.00 | $0.00 | $0.00 |
| 112 | US Filter/ionoure | $49.50 | $0.00 | $0.00 |
| 113 | Skjerven Morill | $11,914.50 | $0.00 | $0.00 |
| 114 | SBC of California | $7,454.34 | $0.00 | $0.00 |
| 115 | Best Service Co. | $7,389.00 | $0.00 | $0.00 |
| 116 | JDI Technologies | $3,564.31 | $0.00 | $0.00 |
| 119 | SBC of California | $5,717.89 | $0.00 | $0.00 |
| 120 | State Compensation Insurance Fund | $4,539.20 | $0.00 | $0.00 |
| 121 | N.N. Electric | $9,800.00 | $0.00 | $0.00 |
| 122 | Cilker Orchard | $0.00 | $0.00 | $0.00 |
| 126 | Aron M. Oliner | $11,914.50 | $0.00 | $0.00 |
| 127 | American Stock Transfer & Trust Co | $6,027.25 | $0.00 | $0.00 |
| 128 | Employment Development Dept. | $11,994.34 | $0.00 | $0.00 |
| 150 | Gail B. Price | $51,124.68 | $0.00 | $0.00 |
| 151 | Audrey W. Chan | $27,808.06 | $0.00 | $0.00 |
| 152 | State Compensation Insurance Fund | $18,824.82 | $0.00 | $0.00 |
| 79A | Weifeng Chen | $69.80 | $0.00 | $0.00 |
| 82A | Dan Aglman | $12,839.21 | $0.00 | $0.00 |
| 86A | Frederick R. Diaz | $12,955.00 | $0.00 | $0.00 |
| 92A | Andrej M. Belic | $20,596.95 | $0.00 | $0.00 |
| 94A | Mary Chiao | $59,405.74 | $0.00 | $0.00 |
| 97A | Raj Selvaraj | $4,956.51 | $0.00 | $0.00 |
| 101A | Gloria Ortiz | $99.48 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling ___$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0___ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling ___$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | Total to be paid for subordinated claims: | | $0.00 |
| | | Remaining balance: | | $0.00 |

Prepared By: /S/ William A. Brandt Jr.
                                    Trustee

*Trustee's Name:*
William A. Brandt, Jr.

*Trustee's Address:*
c/o DSI
333 S. Grand Ave Suite 4070
Los Angeles, CA 90071

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

002799                              6 5 1 0 3 0 0 2 8 0 4 0 5 6