

Stephen J. Kottmeier (State Bar No. 077060)
Michaeline H. Correa (State Bar No. 215215)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406
sjk@hopkinscarley.com
mcorrea@hopkinscarley.com

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Chapter 7 Trustee
WILLIAM A. BRANDT, JR.

The following constitutes
the order of the court. Signed July 3, 2013

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re IMP, INC., <br><br> Debtor. | CASE NO. 03-55665 <br><br> CHAPTER NO. 7 <br><br> **ORDER APPROVING CHAPTER 7 TRUSTEE'S FINAL REPORT** <br><br> Hearing <br> Date: June 25, 2013 <br> Time: 2:00 p.m. <br> Place: Telephonic <br><br> Judge: Hon. Charles Novack |

On June 25, 2013, the Trustee's Final Report ("TFR") [Dkt. No. 792] filed by William A. Brandt, Jr. in his capacity as Chapter 7 trustee (the "Trustee") of the estate of IMP, Inc. came on for hearing before this Court. Appearances were as noted on the record.

The Court, having considered TFR, the papers and pleadings in the case, the statements on the record, notice being proper, and good cause appearing, hereby ORDERS that the Trustee's Final Report is APPROVED.

* * * END OF ORDER * * *

728\1017148.1

# COURT SERVICE LIST

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

728\1017148.1

- 2 -